Marie Hill, Appellant, *v.* Guaranty Trust Company and Another, as Trustees, etc., Impleaded, Appellants.

Alphonse J. Stephani and The Equitable Trust Company, as Committee, etc., Respondents.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 13th day of March, 1913, denying a motion for the appointment of a guardian ad litem for the defendant Stephani, and also from an order entered on the 7th day of April, 1913, denying a motion for a reargument.

Per Curiam: As the incompetent is made a party defendant, and a judgment is asked binding him as distinct from his committee, it is necessary that he should appear by a guardian ad litem, as no appearance without a guardian ad litem would be effective. The order appealed from is, therefore, reversed, and the Equitable Trust Company, the committee of the personal estate of the incompetent, is appointed his guardian ad litem. Present — Ingraham, P. J., Laughlin, Scott and Dowling, JJ. Order reversed and the Equitable Trust Company appointed guardian ad litem of the incompetent. Order to be settled on notice.

---

Anna Lenahan, an Infant, by John Lenahan, Her Guardian ad Litem, Respondent, *v.* The City of New York, Appellant.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on the 18th day of October, 1912, on a verdict and also from an order entered on the 21st day of October, 1912, denying a motion for a new trial.

Per Curiam: Plaintiff proved no negligence on defendant's part (*Lalor* v. *City of New York*, 208 N. Y. 431), and the finding that defendant was negligent was without evidence to support it, and that finding is, therefore, reversed. The judgment is, therefore, reversed, with costs, and complaint dismissed, with costs. Present — Ingraham, P. J., McLaughlin, Clarke, Dowling and Hotchkiss, JJ. Judgment and order reversed, with costs, and complaint dismissed, with costs. Order to be settled on notice.